4:19-cv-00305-JM-JTK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 29 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES FEDERAL COURTHOUSE OF ARKANSAS

Douglas Causey

vs.

Pulaski County medical et al

New case
04/25/19

> Motion for medical care
> negligence and mistreatment
> Pursuant to Pretrial detainee's
> under the 5th, 8th, 14th

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

1. Now come Douglas Causey respectfully to the above court with his motion for complaint concerning medical mistreatment at Pulaski County detention center in Little Rock Arkansas. Douglas Causey request a in-camra-review of the awful negligence considering the medical pratice, custom, and policy at the facilty.

2. Douglas Causey state for the court records that he has rights to medical at the facilty. And was denied proper footwear, and x-rays also pain medication's for serious pain. Douglas Causey also add that he was denied hospital treatment while suffering from serious hip, back and pelvis injury's. Also while being housed at the facility Douglas Causey hurt himself worser while on break in C-unit from a bad slip and fall due to refusing footwear and

slippery wet floor that did not have sign of notice to alert the floor was wet. Douglas causey state that he was hurting so bad with pain that he had to use a unit chair as a walker. He also had to get help from inmates to get out of bed. Douglas causey pain was so great that he was unable to sleep. Douglas causey also state that the turn key staff was alerted of this pain many times. But failed to give him proper medications for pain. Retaliation was motaive once they was informed of sue on grivance for medical mistreatment.

3. Douglas causey states that the pulaski county detention center is a dangerous and unclean facilty. And that they have made a false policy to mislead the public to gain trust, and that the smoke screen blinds the court of justice eye's to get away with abuse on the inmates. In which he request this court to have jurisdiction to punish and correct the policy and misconduct at the detention center.

4. Douglas causey states he has been treated with deliberate indifference and was violated of his rights to proper medical care, and medication for pain. And he is suffering from the abuse so therefore he request $2,000,000 u.s. dollars for remdy.

Thank you
Douglas E Causey #78755

04/25/19

Douglas E Causey

Douglas E Causey 78755
3201 W. Roosevelt Road
Pulaski County detention Center
Little Rock Arkansas 72204



LITTLE ROCK AR 722
26 APR 2019 PM 4 L

Real Judge

United States Federal Courthouse
Suite A-149 600 W. Captiol avenue
Little Rock Arkansas 72201

PULASKI COUNTY
REGIONAL DETENTION
FACILITY

72201-339919