**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DOUGLAS E. CAUSEY,                                                      PLAINTIFF
ADC #93679

v.                                        4:19CV00305-JM-JTK

PULASKI COUNTY MEDICAL, et al.                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety.    Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Pulaski County Medical, Pulaski County Detention Center, Does, Turn Key Health, Lowe, Roberts, and Higgins be DISMISSED from this action, for failure to state a claim.

 IT IS SO ORDERED this 12th day of June, 2019.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE