THE UNITED STATES DISTRICT COURT HOUSE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 27 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Date 11-24-2019
Case #4:19-cv-00305

Douglas Causey

V.

Pulaski County Medical, Et. Al

[Motion To Dismiss Without Prejudice]

1. Now comes Douglas Causey Plaintiff to the above court with His motion to dismiss case number 4:19-cv-00305 without prejudice for the following reason.

2. Douglas Causey states that He is unable to proceed at this time for lack of knowledge of federal or local rules. Therefore plaintiff request this court dismiss the above case without prejudice untill such time as He is able to obtain legal counsel to represent Him in the above case.

3. Douglas Causey states He understands that the statue of limitations will continue to run in this case.

4. For the above stated reason plaintiff request His case be dismissed without prejdice.

Signed Plaintiff Douglas Causey
Date 11-24-2019