# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DOUGLAS E. CAUSEY                                                                                          PLAINTIFF

v.                                                  4:19CV00305-JTK

PULASKI COUNTY MEDICAL, et al.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of December, 2019.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE